Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| QUAD INT'L., INC., | ) | No. 2:12-cv-02629-GEB-AC |
| Plaintiff, | ) ) | **PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |
| v. | ) ) | |
| JOHN DOE, | ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**

Plaintiff Quad Int'l., Inc., by and through its undersigned counsel, hereby moves this Court for administrative relief for an order continuing the initial status conference for good cause. Per the Order Setting Status (Pretrial Scheduling) Conference, the Status Conference is scheduled for February 11, 2013. (ECF No. 5.) John Doe is an individual associated with the Internet Protocol ("IP") address 75.26.52.50 (ECF No. 1 ¶ 4). As explained in Plaintiff's Case Status Report, AT&T has not yet responded to Plaintiff's subpoena; until AT&T responds to the subpoena and provides Plaintiff with the subscriber's information, Plaintiff is unable to move forward with its case. (*See* ECF No. 8.)

At this juncture, Plaintiff believes that, in light of the above, a case status conference is unnecessary as there is nothing substantive to report at this time outside of the matters discussed herein. Without the participation of all the parties, such a hearing would be a waste of the Court's

time and resources. As such, Plaintiff requests additional time to allow for AT&T to respond to the subpoena and provide Plaintiff with the subscriber's contact information.

For these reasons, Plaintiff respectfully requests that this Court continue the Status Conference to Monday March 25, 2013, at 9:00 a.m., or to a later date that is in accordance with this Court's schedule.

Respectfully Submitted,

**DATED: January 25, 2013**

By:   \_\_\_\_/s/  Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel for Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 25, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

                                                      /s/ Brett L. Gibbs
                                                     Brett L. Gibbs, Esq.